UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN DAVID PALACIOS OBREGON,<br><br>Petitioner(s),<br>v.<br><br>TODD M. LYONS, et al.,<br><br>Respondent(s). | CASE NO. C26-2462-KKE<br><br>ORDER DIRECTING RESPONDENTS TO FILE A SUPPLEMENTAL RETURN |

On August 10, 2026, Petitioner filed his traverse (Dkt. No. 13), which contains certain new factual allegations relating to the details of his medical treatment and detention. The Court finds that Petitioner's allegations raise questions going to the merits of the petition, and as such, a supplemental return from the Government is warranted. Accordingly, the Court ORDERS Respondents to file a supplemental return no later than August 25, 2026, addressing the following issues:

1. Petitioner's contention that his colonoscopy is scheduled for the same day as his individual merits hearing in immigration court (August 31st), and that no effort has been made to resolve the apparent conflict. *See* Dkt. No. 13 at 5.
2. Petitioner's claim that he has received an invoice from Cellnetix in the amount of $383.00 for certain medical care received in May 2026, *see* Dkt. No. 13 at 4, a copy of which he has attached as an exhibit. Dkt. No. 13-1 at 6.

3. Petitioner's allegations that he is being held indefinitely in a segregated holding cell for reasons unknown to him, and that the circumstances do not account for his specific medical needs. Dkt. No. 13 at 1.

The supplemental return shall be no longer than ten pages. The Clerk is directed to RENOTE Respondents' return (Dkt. No. 9) to August 25, 2026.

Dated this 19th day of August, 2026.

Kymberly K. Evanson
United States District Judge